GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| M.B. FINANCIAL BANK, N.A., an Illinois banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AG LAS VEGAS LLC, a Nevada limited liability company; GG LAS VEGAS LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.   2:09-CV-1281-LDG-PAL<br><br>**ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF FINAL REPORT AND TO DISCHARGE AND EXONERATE RECEIVER** |

Presently before the Court is the Receiver's motion for approval of the Receiver's final report and to discharge and exonerate receiver [ECF No. 28]. The Court, having reviewed the pleadings and papers on file herein relative to said motion, having reviewed the Receiver's final report and accounting, having previously received and reviewed the Receiver's monthly reports for the duration of the receivership, having received no objection or opposition to the motion, final report or any of the Receiver's monthly reports, and for good cause appearing,

The Court finds that the Receiver's motion is with merit and should be granted. The Court finds that because the buyer under the terms of the purchase and sale agreement now has title and possession of the Real Property Collateral, there are no longer any receivership assets for the Receiver to administer. Therefore, the Court will approve the Receiver's final report and terminate the receivership. The Court will immediately discharge the Receiver from his duties in this matter and exonerate him from any liability related thereto. Accordingly,

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver's motion for approval of final report and to discharge and exonerate receiver be, and the same is hereby, GRANTED;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver's final report, as well as the Receiver's monthly reports for the duration of the receivership, be, and the same are hereby, APPROVED by the Court;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver is authorized the distribute to plaintiff the balance of the receivership bank accounts less any outstanding legal, receiver or bank fees; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the receivership is hereby terminated and that the Receiver is hereby discharged from his duties in this matter and exonerated from any liability related thereto.

DATED this 3 day of May, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

  */s/ Jason R. Maier*
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Receiver Robert McNamara*

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002